IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) CASE NO.: 23-cv-00878 | |
| | ) | |
| HOTEL VERNON HILLS LP, d/b/a Hotel | ) Judge Leinenweber | |
| Indigo Chicago-Vernon Hills | ) Magistrate Judge Cole | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby

gives notice of the voluntary dismissal of this action, with prejudice, each party to bear its own

costs, including attorneys' fees because all matters in controversy have been resolved.

HOWARD COHAN

By:  /s/  *Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed this Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Shira M. Blank
Epstein Becker Green
875 Third Ave.
New York, New York 10022
212-351-4500
SBlank@ebglaw.com

by emailing same on this 15th day of May 2023.

/s/ *Marshall J. Burt*
Marshall J. Burt